UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :
                                                                10cr352
                                :
        Petitioner(s)
                                :
    v.                                                          **ORDER**
                                :
VINCENT HSIA
                                :
        Defendant(s)
                                :

It is on this 19th day of May, 2010,

ORDERED that the Appeal of Magistrate Judge Decision is denied and;

Further ORDERED that this matter shall be closed.

_____
SUSAN D. WIGENTON, U.S.D.J.